*Plaintiff(s) Counsel:*

Sol H. Weiss, Esq.
Michael Schafle, Esq.
ANAPOL, SCHWARTZ, WEISS,
COHAN, FELDMAN &
SMALLEY, P.C.
1900 Delancey Place
Philadelphia, PA 1910
(T) 215-735-1160
(F) 215-735-2211

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 07-CV-00026 **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| THOMAS DYER, Individually and as Personal Representative  of Catherine Greene Dyer, Deceased,  Plaintiff(s),  v.  PFIZER INC., ET AL.,  Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, THOMAS DYER, Individually and as Personal

Representative of Catherine Greene Dyer, Deceased, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

hereby stipulate to the dismissal of this action, only, with prejudice with each side

bearing its own attorneys' fees and costs.

DATED:  March ⎵16⎵, 2009       By:  _____

Sol H. Weiss, Esq.
Michael Schafle, Esq.
ANAPOL, SCHWARTZ, WEISS,
COHAN, FELDMAN &
SMALLEY, P.C.
1900 Delancey Place
Philadelphia, PA 1910
(T) 215-735-1160
(F) 215-735-2211

*Counsel for Plaintiff(s).*

DATED:  ⎵April 15⎵, 2009       By:  _____

Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

*Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: ⎵April 23, 2009⎵

Hon. Charles R. Breyer
United States



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA